United States District Court
Southern District of Texas
**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDGE196 LLC and JAIKRISHNA PATEL, <br><br> Plaintiffs, <br><br> v. <br><br> JOINTER, INC. et al., <br><br> Defendants. | Civil Action No. H-20-3417 |

## ORDER

Pending before the Court is *Conditional* Amended Motion to Dismiss (Document No. 35). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that *Conditional* Amended Motion to Dismiss (Document No. 35) is **DENIED**.[1]

---

[1] Also pending before the Court are Defendant Kyle White's Motion to Dismiss for Failure to State a Claim and For Lack of Personal Jurisdiction (Document No. 18) and Motion to Dismiss for Lack of Personal Jurisdiction and, in the Alternative, Partial Motion to Dismiss for Failure to State Claims (Document No. 21). In November 2020, Defendants Kyle White ("White"), Jude G. Regev, and Jointer, Inc. moved to dismiss Plaintiffs Edge196 LLC and Jaikrishna Patel's (collectively, "Plaintiffs") claims. On December 31, 2020, Plaintiffs filed their first amended complaint. Further, on January 13, 2021, the Court dismissed White per Plaintiff's voluntary notice of dismissal. Because Plaintiffs filed an amended complaint and White has been dismissed from the lawsuit, these motions to dismiss are moot.

SIGNED at Houston, Texas, on this __15__ day of July, 2021.

_David Hittner_
DAVID HITTNER
United States District Judge