IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVSON

| | | |
|---|---|---|
| EDGE196, LLC AND<br>JAIKRISHNA PATEL<br><br>  *Plaintiffs,*<br><br><br><br>JOINTER, INC. AND<br>JUDE G. REGEV<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>Civil Action  No. 4:20-cv-03417<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF JENNA FARLEIGH**

I, Jenna Farleigh, declare and state as follows:

1. I am at least 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated herein. If called upon as a witness, I could and would competently testify thereto.

2. I am a partner with the law firm of Susman Godfrey, L.L.P., and counsel of record for Plaintiffs EDGE196, LLC ("EDGE") and Jaikrishna ("Jay") Patel in this action. I make this declaration in conjunction with Plaintiffs' Unopposed Motion to Reinstate the Case.

3. The parties executed a settlement agreement on March 10, 2022. A true and correct copy of that settlement agreement is attached hereto as **Exhibit A.** The

settlement agreement was "contingent upon the return to Jay Patel of $250,000 paid to CoinTiger within seven (7) days of Jude Regev and Jay Patel sending a letter to CoinTiger requesting the return of the funds, funds owned by Mr. Patel, directly to Mr. Patel." That agreement further required Mr. Regev to deliver certain enumerated materials to Mr. Patel within "thirty days of the execution of this agreement," including (1) copy of Jointer White paper; (2) copy of Jointer tokenomics paper; (3) copy of Jointer auction and IEO paper; (4) copy of Jointer technical design paper; (5) copy of Jointer SAFT contract; (6) copy of Legal structure; (7) copy of three coins code: JNTR, JNTR/x, and JNTR/e; (8) copy of an Auction page; (9) hosting EDGE196 coin on Smart swap exchange; (10) presentations; (11) certain conversions; (12) integration of EDGE196 wallet to Jointer; (13) solution for whitelist; and (14) multiple smart contracts between entities.

4. Following execution of the settlement agreement, the parties both reached out to CoinTiger requesting the return of funds. However, no funds have been returned and no response has been received from CoinTiger.

5. Further, Mr. Regev and Jointer have not furnished the materials enumerated within the settlement agreement to Plaintiffs. I reached out to counsel of record for Defendants who confirmed that fact.

6. Plaintiffs wish to reinstate the case given that settlement agreement was not finalized and fulfilled. Defendants are aware that Plaintiffs are filing this motion and have not stated that they oppose the motion.

Executed this 28th day of June, 2022 at Seattle, Washington.

Jenna Farleigh