IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| EDGE196, LLC AND JAIKRISHNA PATEL | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| | | Civil Action No. 4:20-cv-03417 |
| JOINTER, INC. AND JUDE G. REGEV | | |
| *Defendants.* | | JURY TRIAL DEMANDED |

## **PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL**

Plaintiffs EDGE196, LLC and Jaikrishna Patel respectfully move for Vineet Bhatia and Jenna Farleigh of Susman Godfrey, LLP to be permitted to withdraw as counsel for Plaintiffs in this case for which a request for reinstatement is pending. (*See* Docket 52.) The withdrawal of Mr. Bhatia and Ms. Farleigh will not delay this proceeding and will not prejudice any party. Counsel for Defendant has conferred with counsel for Plaintiffs, who indicated Defendants are not opposed to the granting of this motion.

Plaintiffs respectfully request that the Court grant this Motion and enter an order permitting Mr. Bhatia and Ms. Farleigh and their law firm Susman Godfrey L.L.P. to withdraw from this action as counsel for Plaintiffs. Plaintiffs further request

that the Court and all parties remove Mr. Bhatia and Ms. Farleigh from all service lists, including ECF service lists, and cease to serve them with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Plaintiffs make this request due to differences of opinion between Counsel and Plaintiffs.

Respectfully submitted,

/s/ Vineet Bhatia
Vineet Bhatia
SUSMAN GODFREY L.L.P.
State Bar No. 00795976
S.D. Adm. #20187
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: vbhatia@susmangodfrey.com

Attorney-in-Charge for EDGE196, LLC and Jaikrishna Patel

OF COUNSEL:

Jenna Farleigh
Washington State Bar No. 47392
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-mail: jfarleigh@susmangodfrey.com

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs have conferred with counsel for Defendant on June 28, 2022 and counsel for Defendants is unopposed as to the disposition of the matters raised in this motion.

*/s/ Vineet Bhatia*
Vineet Bhatia

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2022, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Vineet Bhatia*
Vineet Bhatia
