United States District Court
Southern District of Texas
**ENTERED**
June 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Edge 196, LLC and Jaikrishna Patel, v. | § § § § | C.A. H-20-3417 |
| Jointer, Inc., and Jude G. Regev, | § § | |

## **ORDER**

Pending before the Court is Plaintiffs' Unopposed Motion for Withdrawal (Doc. # 53). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion for Withdrawal (Doc. # 53) is DENIED.

SIGNED at Houston, Texas, on this 29th day of June, 2022.

DAVID HITTNER
United States District Judge