IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDGE196, LLC AND<br>JAIKRISHNA PATEL,<br><br>*Plaintiffs,*<br><br>JOINTER, INC. AND<br>JUDE G. REGEV,<br><br>*Defendants.* | § § § § § § § § § § § § § | Case No. 4:20-cv-03417 |

## STIPULATION AND PROPOSED ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that Plaintiffs EDGE 196, LLC and Jaikrishna Patel ("Plaintiffs") and Defendants Jointer, Inc. and Jude G. Regev (collectively, the "Defendants"), stipulate and agree that the above-captioned action (the "Litigation") is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and the Defendants agree to bear their own costs and attorneys' fees incurred in connection with the Litigation.

Dated: July 26, 2022

Respectfully submitted,

| | |
|---|---|
| **SUSMAN GODFREY L.L.P.** | **TAHERZADEH, PC** |
| /s/ *Vineet Bhatia* | /s/ *Mo Taherzadeh* |
| Vineet Bhatia | Mo Taherzadeh |
| State Bar No. 00795976 | State Bar No. 24028022 |
| S.D. Adm. #20187 | S.D. Adm. # 29596 |
| 1000 Louisiana Street, Suite 5100 | 550 Post Oak Blvd., Suite 580 |
| Houston, Texas 77002-5096 | Houston, Texas 77027 |
| Telephone: (713) 651-9366 | Telephone: (713) 360-6055 |
| Facsimile: (713) 654-6666 | Email: mo@taherzadehlaw.com |
| Email: vbhatia@susmangodfrey.com | |
| *Attorney-in-Charge for EDGE196, LLC and Jaikrishna Patel* | *Attorney-in-Charge for Jointer, Inc. and Jude G. Regev* |
| Jenna Farleigh | Courtney B. "Corky" Smith |
| SUSMAN GODFREY L.L.P. | SIMS & SIMS, LLC |
| Washington State Bar No. 47392 | State Bar No. 24124461 |
| 1201 Third Avenue | S.D. Adm. # 3709574 |
| Seattle, Washington 98101 | 809 Third Avenue North |
| Telephone: (206) 516-3880 | P.O. Box 648 |
| Facsimile: (206) 516-3883 | Columbus, MS 39703 |
| E-mail: *jfarleigh@susmangodfrey.com* | Telephone: (662) 328-2711 |
| | Email: *csmith@simsandsimsllc.com* |
| *Attorney for Plaintiffs* | *Counsel for Defendants Jointer, Inc. and Jude G. Regev* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on July 26, 2022 via electronic filing using the Court's CM/ECF system.

*/s/ Vineet Bhatia*